Tristan G. Pelayes, Esq., CA Bar No. 206696
Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 099190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax:         (951) 686-4801

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL CONTRERAS, BONIFACIO CONTRERAS, and RUDY CONTRERAS<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; San Bernardino County Sheriff's Deputy A. VANDENBURG, #V0618; San Bernardino County Sheriff's Deputy R. HAHN #H0066; and Sheriff GARY PENROD and DOES 1-10;<br><br>Defendants. | CASE NO. EDCV 09-1262 SGL(OPx)<br><br>ORDER FOR STIPULATION FOR PROTECTIVE ORDER |

IT IS HEREBY ORDERED, by the Court, pursuant to Stipulation by the parties, that the following documents shall be under the following Protective Order:

1. All documents and materials designated personnel records of Deputies Hahn and Vandenburg. Such designation shall be made by

1

ORDER RE STIPULATION FOR PROTECTIVE ORDER

GP:amr

1  stamping or otherwise marking the material prior to use in this litigation, as
2  follows: "Confidential Material which is subject to protective order". The
3  County of San Bernardino and the other defendants herein collectively
4  seek to protect that information from disclosure on security grounds.
5      2.    The "Confidential Material" shall be used solely in connection
6  with this litigation in the preparation and trial of this case, and not for any
7  other litigation. To the extent the material is used at trial, personal
8  information shall be redacted. Safeguarding confidential information and
9  prevention of identity theft are the factors that motivate the present
10 Stipulation.
11     3.    The "Confidential Material" may be disclosed only to the
12 following persons:

    a)     counsel and all parties to this action;

    b)     paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel referred to in (a);

    c)     court personnel, including stenographic reporters engaged in proceedings as are necessary incidental to preparation for the trial of this action.

    d)     Any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

    e)     Any in-house expert designated by defendants to testify at trial in this matter.

    f)     Witnesses herein may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the deposition with copies of the documents,

1     and shall be bound by the provisions of paragraph 4.

2     4. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know of the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in the writing that he/she has read the protective order and that he/she understands the provisions of the protective order.

5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all confidential material received in the provision of this order (including any copies made) shall be destroyed by each party and their attorneys.

6. The foregoing is without prejudice to the right of any parties: (a) To apply to the Court for a further protective order relating to any confidential material, or relating to discovery in this litigation; (b) to apply to the Court for an order removing the "Confidential Material" designation from the document; (c) to apply to the Court for an order compelling production of the documents or modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

**IT IS SO ORDERED** that the Stipulation for Protective Order is Granted as requested by the parties and the materials designated herein shall be subject to all terms and conditions.

Dated: 19 March 2010

_/s/ Donald E. Walter_
UNITES STATES DISTRICT JUDGE